**Marq L. WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69617.**

Missouri Court of Appeals, Western District.

Aug. 11, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 22, 2009.

Laura G. Martin, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, James B. Farnsworth, Assistant Attorney General, Jefferson City, MO, for Respondent.

---

Before Division Two: VICTOR C. HOWARD, Presiding Judge, and JOSEPH M. ELLIS and MARK D. PFEIFFER, Judges.

## *ORDER*

PER CURIAM:

Marq L. White appeals the trial court's order denying his Rule 29.15 motion in which he alleges he received ineffective assistance of counsel at his trial. We affirm in this *per curiam* order. Rule 84.16(b).